# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

REGINALD HARRIS

NO. 2021 KW 1411

**FEBRUARY 14, 2022**

---

In Re:     Reginald Harris, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 02-04-0569.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**  A writ application arising in a criminal proceeding is not the proper procedural vehicle to establish a right to records under the Public Records Law, La. R.S. 44:1, et seq.  A person who wants to examine public records must make the request to the custodian of records.  See La. R.S. 44:31 & 44:32.  If a request for public records is denied by the custodian, before seeking relief from this court, the person must first institute civil proceedings for a writ of mandamus at the district court level.  See La. R.S. 44:35(A).  Should the person prevail, he should be prepared to pay the regular service fees for copies of the documents.  After the district court rules in the civil proceeding, the person may seek an appeal of the district court's action, if he desires.  See La. R.S. 44:35(C).  See also **State ex rel. McKnight v. State**, 98-2258 (La. App. 1st Cir. 12/03/98), 742 So.2d 894, 895 (*per curiam*). We further note the records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's request for public records on January 19, 2022.

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT